DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————

JUAN ANTONIO PEREZ,

Appellant,

v.

ELIZABETH MARIA DEL CARMEN PEREZ-PADDYFOOT,

Appellee.

No. 2D2025-0034

————————————

November 14, 2025

Appeal from the Circuit Court for Hillsborough County; Wendy DePaul, Judge.

Sean White, Brandon, for Appellant.

No appearance for Appellee.


PER CURIAM.

        Affirmed.

NORTHCUTT, BLACK, and LABRIT, JJ., Concur.

————————————

Opinion subject to revision prior to official publication.